## IN THE UNITED STATES CIRCUIT COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff-Appellee,** | ) | **APPEAL NO.: 22-2382** |
| | ) | **Dist. Ct. So. Dist. of Illinois** |
| **v.** | ) | **Case No. 4:21-CR-40048-SMY** |
| | ) | |
| **WAITH A.E. WILLIAMS,** | ) | |
| | ) | |
| **Defendant-Appellant.** | ) | |

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Defendant-Appellant Waith A.E. Williams ("Williams"), by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Appellate Procedure 42(b), to voluntarily dismiss this appeal (Appeal No. 22-2382) without prejudice. Instead, Williams intends to raise all meritorious arguments in his pending appeal already docketed in this Court as Appeal No. 22-2250.

Undersigned counsel has conferred with counsel for Plaintiff-Appellee, who does not oppose this motion. The parties have agreed that each party shall bear its own costs in this appeal.

Respectfully submitted,

**Margulis Gelfand, LLC**

*/s/ William S. Margulis*
WILLIAM S. MARGULIS, #6205728
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
bill@margulisgelfand.com
ATTORNEY FOR APPELLANT

**<u>Certificate of Service</u>**

I hereby certify that I filed the foregoing through the Court's CM/ECF system which will provide notice of filing to all counsel of record.

*/s/ William S. Margulis*
WILLIAM S. MARGULIS, #6205728
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
bill@margulisgelfand.com
ATTORNEY FOR APPELLANT
